PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION ☑ INDICTMENT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile

☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added

☑ Indictment ☐ Charges/Counts Added

☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Las Vegas
Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Ellenrose Jarmolowich

☐ U.S. Atty ☐ Other U.S. Agency

Phone No. (702) 388-6336

Name of Asst. U.S. Attorney (if assigned): TONY LOPEZ

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Armen Sarrafian ~ FBI

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. Atty ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

MAG. JUDGE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

Place of offense: County

CASE NO. 2:26-cr-0034-JAD-EJY

USA vs.

Defendant: LEONARDO F. BLUNDO

Address:

FILED / RECEIVED / ENTERED / SERVED ON / COUNSEL/PARTIES OF RECORD

MAR 11 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: DEPUTY

☐ Interpreter Required

Birth Date

☑ Male ☐ Alien

☐ Female (if applicable)

Social Security Number

### DEFENDANT

Issue: ☐ Warrant ☑ Summons

Location Status:

Arrest Date ________ or Date Transferred to Federal Custody ________

☐ Currently in Federal Custody

☐ Currently in State Custody

☐ Writ Required

☐ Currently on bond

☐ Fugitive

Defense Counsel (if any):

☐ FPD ☐ CJA ☐ RET'D

☐ Appointed on Target Letter

☐ This report amends ~~AO 257 previously~~ submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts 7

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| | 18 U.S.C. § 1343 | Wire Fraud | 1 thru 5 |
| | 18 U.S.C. § 1957 | Money Laundering | 6, 7 |
| | | | |
| | | | |
| | | | |