UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

MINUTES OF PROCEEDINGS
GRAND JURY

DATE: March 11, 2026    TIME: 12:17 PM to 12:20 PM

PRESENT:
THE HONORABLE:

☒ NANCY J. KOPPE, U.S. Magistrate Judge
☐ BRENDA WEKSLER, U.S. Magistrate Judge
☐ DANIEL J. ALBREGTS, U.S. Magistrate Judge
☐ ELAYNA J. YOUCHAH, U.S. Magistrate Judge
☐ MAXIMILIANO D. COUVILLIER III, U.S. Magistrate Judge
☐ _____

```
_____ FILED        _____ RECEIVED
_____ ENTERED      _____ SERVED ON
            COUNSEL/PARTIES OF RECORD

          MAR 11 2026

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY: _____ DEPUTY
```

COURTROOM ADMINISTRATOR:

☒ ARI C.
☐ JEFF M.
☐ ANGELA R.
☐ ELVIA G.
☐ TAWNEE R.
☐ CHANTAL T.
☐ _____

COURT RECORDER:

☒ NATASHA BACHMAN
☐ PHYLLIS ANDERSON
☐ _____

COURTROOM:
☐ 3A    ☒ 3C
☐ 3B    ☐ 3D

ASSISTANT UNITED STATES ATTORNEY: Joseph Weidhaas

A roll call of the Grand Jury is taken with **19** members present, which constitutes a quorum. The foreperson of the Grand Jury presents its partial report and indictments.

On the motion of the United States Attorney,

**IT IS ORDERED** that the said report and indictment(s) be filed.

**IT IS FURTHER ORDERED** that the terms of release as to each defendant are fixed as indicated and that arrest warrants or summons be issue where indicated on the attached calendar.

## GRAND JURY CALENDAR for MARCH 11, 2026

United States District Court at Las Vegas, Nevada.  August 7, 2024, Term.

### Regular Grand Jury 24-01

| CASE NUMBER | PARTIES | CAUSE | AGENCY | STATUS |
|---|---|---|---|---|

**SUPERSEDING**
**2:25-cr-00170-GMN-BNW**

JB  ALEX GONZALEZ,  
    aka "Luis Carlos Caloca-Castenada,"  
    AARON WOLSKI,  
    RICHARD ALLEN WILLIAMS,  
    aka "Steve Watley,"  
    SHANE KUNKLE,  
    CHARLES WADE MCCALL, and  
    MARIA PAOLA ORTIZ-SANCHEZ

21/846, 841(a)(1) and 841(b)(1)(A)(viii)  
18/922(a)(1)(A), 923(a), and 924(a)(1)(D)  
21/841(a)(1) and (b)(1)(A)(viii)  
18/922(g)(1), 924(a)(8)  
21/841(a)(1) and (b)(1)(A)(viii)  
18/2

FBI

DEFENDANTS  # 1, 2, 3, 4, 6  LOCAL FEDERAL CUSTODY  
A&P, Tuesday, March 17, 2026, at 1:00 pm in 3A - MDC

DEFENDANT  #5  SUMMONS  
A&P, Tuesday, March 24, 2026, at 2:30 p.m. in 3A - DJA

TRIAL DATE  
07/20/2026

[FILED STAMP: X FILED / ENTERED   RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD   MAR 11, 2026   CLERK US DISTRICT COURT DISTRICT OF NEVADA   BY: _____ DEPUTY]

---

**2:26-cr-00033-APG-MDC**

JW    NARDA YVONNE LOCKLEAR

18/1344(2)  
18/641  
18/1028A(a)(1)

SSA OIG

SUMMONS

I/A & A&P, Tuesday, March 24, 2026, at 2:30 p.m. in 3A - DJA

## GRAND JURY CALENDAR for MARCH 11, 2026

United States District Court at Las Vegas, Nevada.  August 7, 2024, Term.

### Regular Grand Jury 24-01

| CASE NUMBER | PARTIES | CAUSE | AGENCY | STATUS |
|---|---|---|---|---|
| 2:26-cr-00034-JAD-EJY | | | | |
| | TL   LEONARDO F. BLUNDO | 18/1343<br>18/1957 | FBI | SUMMONS |

I/A & A&P, Tuesday, March 24, 2026, at 2:30 p.m. in 3A - DJA