# Exhibits: Motion to Dismiss - Vindictive & Selective Prosecution

A - Trump's Chief Nevada ProsecutorShirks DOJ Orders, Boosts Allies 1
B - March 10, 2026, SBAMemorandum of Activity 10
C - July 31, 2023, Report 14
D - November 30, 2023, Blundo GrandJury Subpoena 17
E - September 27, 2024, Report 24
F - NCRCC Meeting 07.08.23 28
G - NCRCC Minutes 08.13.22 33
H - August 2023 Call To Meeting 38
I - Sigal Chattah Response ............... 42
J - Blundo Target Letter 44
K - Melissa Blundo Declaration 46
L - Troy La Mana Declaration and Exhibit 50
M - FBI closes 2020 election fraudinquiry ordered by Nevada's topfederal prosecutor, sources say 56