# Exhibit B

# March 10, 2026, SBA Memorandum of Activity

EXHIBIT

**U.S. SMALL BUSINESS ADMINISTRATION**
**OFFICE OF INSPECTOR GENERAL**
**INVESTIGATIONS DIVISION**

| |
|---|
| Prepared by: SA KRISTOFER PASQUALE |
| Approved by: A/ASAC TIMOTHY LARSON |

MEMORANDUM OF ACTIVITY

| | |
|---|---|
| **CASE#:** 2026-0063921 | **CASE AGENT:** Kristofer Pasquale |
| **CASE TITLE:** Blundo, Leonardo | |
| **INVESTIGATIVE ASSISTANCE:** | |
| **DATE:** March 10, 2026 | |

On March 10, 2026, the U.S. Small Business Administration (SBA), Office of Inspector General (OIG), Western Regional Office (WRO), Federal Way, Washington, documented prior Hotline complaints in furtherance of an investigation of Leonardo Blundo (Blundo), Nevada concerning alleged violations of the Coronavirus Aid, Relief, and Economic Security Act (CARES Act), totaling approximately $1,185,292.41 across the SBA programs including the Restaurant Revitalization Fund (RRF), Economic Injury Disaster Loans (EIDLs), and Paycheck Protection Program (PPP) Loans.

Kristofer Pasquale, Special Agent, SBA-OIG, Western Regional Office (WRO), Federal Way, Washington (hereafter RA), reviewed three identified SBA-OIG Hotline Reports, which revealed the following information:

SBA-OIG Hotline Complaint number 2022-0030544, dated March 9, 2022, which was awaiting assignment, and has been related to this matter, reported the following information:

> *An anonymous complainant reported to the SBA-OIG Hotline -*
>
> *Used PPP money to contribute to his and his wife's political campaign*

SBA-OIG Hotline Complaint number 2023-0040398, dated June 8, 2023, and was closed on July 31, 2023, reported the following information:

> *On May 11, 2023, the reporting agent (RA), Jonathan Huang, Special Agent (SA), U.S. Small Business Administration (SBA), Office of Inspector General (OIG), received a referral from SA Cecilia Braga, Office of Inspector General for the Board of*



| | |
|---|---|
| **RESTRICTED INFORMATION**<br><br>**SBA FORM 21 09/18** | This report is confidential and may contain information that is prohibited from disclosure by the Privacy Act, 5 USC 552a. Therefore, this report is furnished solely on an official need-to-know basis and must not be released or disseminated to any other party without prior written consent of the Assistant Inspector General for Investigations of the Small Business Administration/or designee. Unauthorized release may result in criminal prosecution and/or other penalties as may be available under law. |

*Governors of the Federal Reserve System and the Bureau of Consumer Financial Protection (FRB-OIG). SA Braga was currently investigating Leonardo Blundo of Pahrump, NV. Blundo previously served as the Nye County (NV) Commissioner and was currently under investigation for other federal charges. SA Braga indicated that the AUSA was considering additional charges against Blundo for potential fraud involving the SBA Paycheck Protection Program (PPP) and Economic Injury Disaster Loan (EIDL) program. Continuing on May 11, 2023, the RA conducted database queries in SBA's Capital Access Financial System (CAFS) and SBA Tracking and Reporting System (STARS) for Blundo. The database queries revealed multiple PPP loans and EIDL applications submitted for Blundo and his business, The Hole in the Wall Group, LLC, doing business as Carmelo's Bistro-Pizza-Fine Pasta. Continuing on May 11, 2023, the RA contacted the SBA, Office of Disaster Assistance (ODA), and requested the EIDL loan documents for the businesses associated with Blundo. On May 22, 2023, the RA received the requested documents from SBA ODA. On June 8, 2023, the RA provided the subject loan documents to SA Braga. Continuing on June 8, 2023, SA Braga notified the RA that AUSA Justin Washburne, USAO, District of Nevada, was assigned to this case. AUSA Washburne had not yet confirmed if he would move forward on the PPP/EIDL loan fraud charges. SA Braga indicated that she would notify the RA once a decision has been made.*

SBA-OIG Hotline Complaint number 2024-0003728, dated February 22, 2024, and was closed on September 27, 2024, reported the following information:

*On May 11, 2023, the reporting agent (RA), Jonathan Huang, Special Agent (SA), U.S. Small Business Administration (SBA), Office of Inspector General (OIG), received a referral from SA Cecilia Braga, Office of Inspector General for the Board of Governors of the Federal Reserve System and the Bureau of Consumer Financial Protection (FRB-OIG). SA Braga was currently investigating Leonardo Blundo of Pahrump, NV. Blundo previously served as the Nye County (NV) Commissioner and was currently under investigation for other federal charges. SA Braga indicated that the AUSA was considering additional charges against Blundo for potential fraud involving the SBA Paycheck Protection Program (PPP) and Economic Injury Disaster prepared by Womply assuring us that all SBA guidelines had been adhered to. Please note we are still pursuing the receipt of documentation Womply has not turned over to us, collected from Borrowers at the time of the application. This is being negotiated via legal channels. We take the responsibility of reporting these issues very seriously and started the due diligence process as soon as we received the below referenced notification complaint. For further information, please contact Amanda Moraniec, Special Agent. Amanda.Moraniec@tigta.treas.gov. (872) 335-0959. Treasury Inspector General for Tax Administration (TIGTA). Loan (EIDL) program. The initial referral was closed due to the lack of prosecutorial*





| | |
|---|---|
| **RESTRICTED INFORMATION**<br><br>**SBA FORM 21 09/18** | This report is confidential and may contain information that is prohibited from disclosure by the Privacy Act, 5 USC 552a. Therefore, this report is furnished solely on an official need-to-know basis and must not be released or disseminated to any other party without prior written consent of the Assistant Inspector General for Investigations of the Small Business Administration/or designee. Unauthorized release may result in criminal prosecution and/or other penalties as may be available under law. |

*interest in SBA violations and was documented under 2023-0040398, Blundo, Leonardo. On September 21, 2023, SA Braga contacted the RA and indicated that the Assistant United States Attorney (AUSA) Justin Washburne, U.S. Attorney's Office, District of Nevada, now intends to look into Blundo for violations of the SBA Paycheck Protection Program (PPP) and Economic Injury Disaster Loan (EIDL) program. SA Braga requested the RA's assistance as the case moves forward. Preliminary investigation revealed CARES Act revealed multiple PPP loans and EIDL applications submitted for Blundo and his business, The Hole in the Wall Group, LLC, doing business as Carmelo's Bistro-Pizza-Fine Pasta. Total loan disbursements were approximately $561,812.84. This investigation will pursue possible violations of federal criminal statutes to include Title 18, United States Code (USC) § 1001 (False Statements) and 18 USC § 1343 (Wire Fraud). This is a joint investigation with the OIG for the Board of Governors of the Federal Reserve System and the Consumer Financial Protection Bureau (FRB-OIG) and the Federal Bureau of Investigation (FBI). Due to investigative priorities of the RA and SA Braga, progress on this case has been delayed. This investigation would be deferred to the FBI until further assistance is needed from SBA-OIG. This investigation is being closed by SBA-OIG as it does not fall within SBA-OIG guidelines regarding fiscal year (FY) 2024 Investigative Priorities and in accordance with Assistant Inspector General for Investigations (AIGI) Memorandum 24-005, dated February 21, 2024. Case closed.*

***Attachment(s):***

1. ***SBA-OIG Hotline Report 2022-0030544***
2. ***SBA-OIG Hotline Report 2023-0040398***
3. ***SBA-OIG Hotline Report 2024-0003728***



| | |
|---|---|
| **RESTRICTED INFORMATION**<br><br>**SBA FORM 21 09/18** | This report is confidential and may contain information that is prohibited from disclosure by the Privacy Act, 5 USC 552a. Therefore, this report is furnished solely on an official need-to-know basis and must not be released or disseminated to any other party without prior written consent of the Assistant Inspector General for Investigations of the Small Business Administration/or designee. Unauthorized release may result in criminal prosecution and/or other penalties as may be available under law. |