# Exhibit C

# July 31, 2023, Report

EXHIBIT

IDeCMS 25.4.0

# Case

| | |
|---|---|
| Case Information | |
| Case Number | 2023-0040398 |
| Status | Closed |
| Reason Complaint Closed | Lacking prosecutorial interest |
| Case Name | Blundo, Leonardo |
| Case Type | Complaint - C |
| Record Origin | Originated within Field |
| Complaint Method | Other |
| Complaint Source | Other Agency Referral |
| Priority | |
| Qui Tam | No |
| Congressional Interest | No |
| Headquarters Interest | No |
| Whistleblower Complaint | |
| GS 15 or Above | No |
| Joint Agency Case | Yes |
| Task/Strike Force | |
| Grand Jury | Yes |
| Sensitive | No |
| US State or Territory | Nevada |
| Date Preliminary Case Pending | |
| Date Investigation Opened | |
| Date Closed | 07/31/2023 |
| Assigned Field Region | Western Regional Office |
| Date Assigned to Investigative Agent | 06/08/2023 |
| Assigned ASAC | |
| Lead Investigative Agent | Huang, Jonathan |
| Case Summary | On May 11, 2023, the reporting agent (RA), Jonathan Huang, Special Agent (SA), U.S. Small Business Administration (SBA), Office of Inspector General (OIG), received a referral from SA Cecilia Braga, Office of Inspector General for the Board of Governors of the Federal Reserve System and the Bureau of Consumer Financial Protection (FRB-OIG). SA Braga was currently investigating Leonardo Blundo of Pahrump, NV. Blundo previously served as the Nye County (NV) Commissioner and was currently under investigation for other federal charges. SA Braga indicated that the AUSA was considering additional charges against Blundo for potential fraud involving the SBA Paycheck Protection Program (PPP) and Economic Injury Disaster |

| | |
|---|---|
| | Loan (EIDL) program. Continuing on May 11, 2023, the RA conducted database queries in SBA's Capital Access Financial System (CAFS) and SBA Tracking and Reporting System (STARS) for Blundo. The database queries revealed multiple PPP loans and EIDL applications submitted for Blundo and his business, The Hole in the Wall Group, LLC, doing business as Carmelo's Bistro-Pizza-Fine Pasta. Continuing on May 11, 2023, the RA contacted the SBA, Office of Disaster Assistance (ODA), and requested the EIDL loan documents for the businesses associated with Blundo. On May 22, 2023, the RA received the requested documents from SBA ODA. On June 8, 2023, the RA provided the subject loan documents to SA Braga. Continuing on June 8, 2023, SA Braga notified the RA that AUSA Justin Washburne, USAO, District of Nevada, was assigned to this case. AUSA Washburne had not yet confirmed if he would move forward on the PPP/EIDL loan fraud charges. SA Braga indicated that she would notify the RA once a decision has been made. |
| Special Inquiry | COVID |
| Primary Affected Program | Disaster Loan |
| Primary Sub Program Area | Economic Injury Disaster Loan (Disaster Loan) |
| Other Sub-Program | |
| Related Cases | |
| Related Cases | • 202203098mg4 (2022-0030544) |
| Case Notes | |
| Notes Title | |
| Notes | |
| Financial Information | |
| Estimated Loss Amount | 559,842.90 |
| Estimated Lender Loss Amount | 559,842.90 |
| Estimated Other Loss Amount | 0.00 |
| Total Estimated Loss Amount | 559,842.90 |
| Actual Loss Amount | |
| Actual Lender Loss Amount | |
| Actual Other Loss Amount | |
| Total Actual Loss Amount | |
| Created By | JLHuang82 |
| Created Date | 06/08/2023 05:56 PM |
| Updated By | JLHuang82 |
| Updated Date | 07/31/2023 11:09 PM |