# Exhibit D

# November 30, 2023, Blundo Grand Jury Subpoena

EXHIBIT

2022R00521 - 019

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT

for the

District of Nevada

SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: Leonardo Blundo
2100 South Blagg Road
Pahrump, NV 89048

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| | |
|---|---|
| Place: US Federal Courthouse (Regular GJ)<br>333 Las Vegas Boulevard, South<br>Second Floor<br>Las Vegas, NV 89101 | Date and Time: December 20, 2023 |

**YOU MUST** also bring with you the following documents, electronically stored information, or objects (blank if not applicable):
SEE ATTACHMENT FOR RECORDS REQUESTED.

PLEASE ENCLOSE A COPY OF THIS SUBPOENA WITH THE RETURNED DOCUMENTS.

IN LIEU OF PERSONAL APPEARANCE, THESE RECORDS MUST EITHER BE (1) MAILED IN ELECTRONIC FORMAT WITH A RECORD LAYOUT FOR THE DATA, ON A CD OR DVD TO THE ASSISTANT UNITED STATES ATTORNEY, IN CARE OF ELLENROSE JARMOLOWICH, AT THE ADDRESS REFLECTED BELOW; (2) EMAILED TO USANV.GJC@USDOJ.GOV IN CARE OF VERONICA CRISTE; OR (3) SENT VIA USAfx. IF YOU NEED A USAfx ACCOUNT, PLEASE EMAIL THE GJC EMAIL ADDRESS AND WE WILL CREATE AN ACCOUNT FOR ALL YOUR FUTURE REQUESTS. PLEASE DO NOT FORWARD RESPONSIVE DOCUMENTS TO AGENTS. ALL RESPONSES MUST COME TO THE UNITED STATES ATTORNEY'S OFFICE VIA ONE OF THESE METHODS.

Date: November 22, 2023

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

Debra K. Kempi
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the United States Attorney, or Assistant United States Attorney, who requests this subpoena, are:

Justin Washburne
501 Las Vegas Boulevard South Suite 1100 Las Vegas, NV 89101
(702) 388-6336
JW/ng SA Paulina Seghaier-FBI

2022R00521 - 019

**RECORDS REQUESTED:**

Please produce all records relating to The Hole in the Wall LLC dba Carmelo's Bistro for the period of January 01, 2019 through the present, including, but not limited to, the following documents:

- Records or documents of payments made by customers or vendors, including but not limited to: cash transaction records, canceled checks, bank statements, wire transfer records, receipts, accounting records, invoices, correspondence;
- Accounting records, books of original entry and subsidiary records including but not limited to: general ledger, general journal, cash receipts journal, accounts receivable ledger, accounts payable ledger, payroll journals and ledgers, and purchase journal;
- Original source records, transaction summary reports, supporting records and documents, related to, or resulting in entries made in the above noted books and records including but not limited to: purchase orders, timesheets, invoices, receipts, paid bills, loan files, and real property records;
- Reports and accounting work papers concerning the preparation of financial records and audits including but not limited to: audited and unaudited financial statements (balance sheet, income statement, etc.) expense and revenue summaries, trial balances, changes in working capital, cash flow analysis, financial forecasts, correspondence;
- A list of all employees of any of the above-named entities during the relevant time-period;
- Communications with loan representatives, financial representatives, employees, partners, and members of or acting on the behalf of The Hole in the Wall LLC dba Carmelo's Bistro
- Communications and documents relating to SBA loans, CARES Act funding, or any COVID-19 related financial assistance programs, including but not limited to: Paycheck Protection Program (PPP), Economic Injury Disaster Loan (EIDL), Restaurant Revitalization Fund (RRF), and Nye County COVID-19 related financial assistance (including grants);
- Communications and documents related to any and all tax preparers, including but not limited to: JW Enterprises LLC and Jake Worline;
- Communications and documents related to tax filings for 2019, 2020, 2021, and 2022;
- Communications and documents related to mortgage loan applications and any purchase of property in 2020, 2021, and 2022;
- Financial documents related to down payments for properties purchased in 2020, 2021, and 2022;
- Communications and documents related to Cow County Title;
- Communications and documents related to A & A Business Group.

Electronic communications, data files, links, and images should be sent to the email address identified on the first page of the subpoena. Please note the subpoena number on any password sent separately. Extension requests should be the email listed for return instructions.

Please direct any questions regarding this request to Special Agent Paulina Seghaier, FBI, at pseghaier@fbi.gov or 702-584-5807.

2022R00521 - 019

AO 110 (Rev. 06/09) Subpoena to Testify Before Grand Jury (Page 2)

## PROOF OF SERVICE

This subpoena for *(name of individual or organization)* Leonardo Blundo
was received by me on *(date)* 11/24/2023 .

☑ I served the subpoena by delivering a copy to the named person as follows: Gina Esterline, Clark Hill on *(date)* 11/30/2023 ; or

☐ I returned the subpoena unexecuted because: .

I declare under penalty of perjury that this information is true.

Date: 11/30/2023

[signature]
*Server's signature*

Paulina Seghaier, Special Agent
*Printed name and title*

1787 W. Lake Mead Blvd, Las Vegas, NV 89106
*Server's address*

Additional information regarding attempted service, etc:

2022R00521 - 019

# SUBPOENA ATTACHMENT FOR ESI FINANCIAL RECORDS

INSTRUCTIONS FOR THE PRODUCTION OF RECORDS

I. General

A. Records existing as Electronically Stored Information (ESI) shall be produced in electronic form and shall include text data and image data held:

1. In your record retention systems; and/or
2. By your technology, data, or other service provider(s).

B. Records that do not exist as ESI may be produced in paper or other original format and may be converted to image or text data and provided as ESI, unless originals are required.

II. Text Data

A. Text data relating to transactions shall be produced within a data file:

1. Using a delimited ASCII text data format: or
2. Using software that can export to a commonly readable, non-proprietary file format without loss of data.

B. Text data files relating to transactions shall include field descriptions (e.g. account number, date/time, description, payee/payor, check number, item identifier, and amount).

III. Image Data

A. Image data shall be produced in graphic data files in a commonly readable, non-proprietary format with the highest image quality maintained.

B. Image data of items associated with transactions (e.g, checks and deposit slips) shall be:

1. Produced in individual graphic data files with any associated endorsements; and
2. Linked to corresponding text data by a unique identifier.

IV. Encryption/Authentication

A. ESI may be transmitted in an encrypted container. Decryption keys and/or passwords shall be produced separately at the time the data are produced.

B. Authentication, such as hash coding, may be set by agreement.

C. Affidavits or certificates of authenticity may be included as part of the electronic production.

V. Cost Reimbursement

Costs that are reasonably necessary and have been directly incurred in searching for, reproducing, and transporting records may be reimbursable. See the *Right to Financial Privacy Act*, 12 U.S.C., Section 3415, and Federal Reserve Board *Regulation S*, 12. C.F.R., Part 219 (revised effective 1/1/2010

# AFFIDAVIT OF CUSTODIAN OF RECORDS

I, ________________________________, being first duly sworn, depose, and say:

1. I am over the age of twenty-one (21) years and fully competent to testify to the statements made in this Affidavit in a court of law.

2. The statements made in this Affidavit are true to the best of my own personal knowledge, except those made upon information and belief, and, as to those statements, I believe them to be true.

3. I am a custodian of records for _______________.

4. I hereby certify that the records attached hereto is a true and correct copies of the original records maintained and created in the ordinary course of business of ___________________ responsive to the subpoena issued by the Federal Grand Jury.

5. I hereby certify that the records attached hereto: (A) were made at or near the time of the occurrence by, or from information transmitted by, a person with knowledge of the matters set forth therein; (B) were kept in the course of regularly conducted activity; and, (C) as a regular practice, such records are made in the regularly conducted activities of_____________________.

FURTHER your Affiant sayeth naught.

Signature: ______________________________

Print Name: ______________________________
Affiant

SUBSCRIBED and sworn to before me

this ______day of_____________, 2023

________________________________
Notary Public

2022R00521 - 019

**NON-DISCLOSURE**

PLEASE DO NOT DISCLOSE THE EXISTENCE OF THE ACCOMPANYING GRAND JURY SUBPOENA FOR AN INDEFINITE PERIOD. PURSUANT TO RULE 6 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE, YOU HAVE NO OBLIGATION OF SECRECY CONCERNING THIS SUBPOENA; HOWEVER, ANY SUCH DISCLOSURE COULD OBSTRUCT AND IMPEDE AN ONGOING CRIMINAL INVESTIGATION AND THEREBY INTERFERE WITH THE ENFORCEMENT OF THE LAW.