# Exhibit E

# September 27, 2024, Report

EXHIBIT

# Case

| | |
|---|---|
| Case Information | |
| Case Number | 2024-0003728 |
| Status | Closed |
| Reason Complaint Closed | Under Investigation by Another Agency |
| Case Name | Blundo, Leonardo |
| Case Type | Complaint - C |
| Record Origin | Originated within Field |
| Complaint Method | Other |
| Complaint Source | Other Agency Referral |
| Priority | |
| Qui Tam | No |
| Congressional Interest | No |
| Headquarters Interest | No |
| Whistleblower Complaint | No |
| GS 15 or Above | No |
| Joint Agency Case | Yes |
| Task/Strike Force | No |
| Grand Jury | Yes |
| Sensitive | No |
| US State or Territory | Nevada |
| Date Preliminary Case Pending | |
| Date Investigation Opened | |
| Date Closed | 09/27/2024 |
| Assigned Field Region | Western Regional Office |
| Date Assigned to Investigative Agent | 02/22/2024 |
| Assigned ASAC | Standley, Keven |
| Lead Investigative Agent | Huang, Jonathan |
| Case Summary | On May 11, 2023, the reporting agent (RA), Jonathan Huang, Special Agent (SA), U.S. Small Business Administration (SBA), Office of Inspector General (OIG), received a referral from SA Cecilia Braga, Office of Inspector General for the Board of Governors of the Federal Reserve System and the Bureau of Consumer Financial Protection (FRB-OIG). SA Braga was currently investigating Leonardo Blundo of Pahrump, NV. Blundo previously served as the Nye County (NV) Commissioner and was currently under investigation for other federal charges. SA Braga indicated that the AUSA was considering additional charges against Blundo for potential fraud involving the SBA Paycheck Protection Program (PPP) and Economic Injury Disaster |

| | |
|---|---|
| | Loan (EIDL) program. The initial referral was closed due to the lack of prosecutorial interest in SBA violations and was documented under 2023-0040398, Blundo, Leonardo. On September 21, 2023, SA Braga contacted the RA and indicated that the Assistant United States Attorney (AUSA) Justin Washburne, U.S. Attorney's Office, District of Nevada, now intends to look into Blundo for violations of the SBA Paycheck Protection Program (PPP) and Economic Injury Disaster Loan (EIDL) program. SA Braga requested the RA's assistance as the case moves forward. Preliminary investigation revealed CARES Act revealed multiple PPP loans and EIDL applications submitted for Blundo and his business, The Hole in the Wall Group, LLC, doing business as Carmelo's Bistro-Pizza-Fine Pasta. Total loan disbursements were approximately $561,812.84. This investigation will pursue possible violations of federal criminal statutes to include Title 18, United States Code (USC) § 1001 (False Statements) and 18 USC § 1343 (Wire Fraud). This is a joint investigation with the OIG for the Board of Governors of the Federal Reserve System and the Consumer Financial Protection Bureau (FRB-OIG) and the Federal Bureau of Investigation (FBI). Due to investigative priorities of the RA and SA Braga, progress on this case has been delayed. This investigation would be deferred to the FBI until further assistance is needed from SBA-OIG. This investigation is being closed by SBA-OIG as it does not fall within SBA-OIG guidelines regarding fiscal year (FY) 2024 Investigative Priorities and in accordance with Assistant Inspector General for Investigations (AIGI) Memorandum 24-005, dated February 21, 2024. Case closed. |
| Special Inquiry | COVID |
| Primary Affected Program | Disaster Loan |
| Primary Sub Program Area | Economic Injury Disaster Loan (Disaster Loan) |
| Other Sub-Program | |
| Related Cases | |
| Related Cases | • Blundo, Leonardo (2023-0040398) |
| Case Notes | |
| Notes Title | |
| Notes | |
| Financial Information | |
| Estimated Loss Amount | 561,812.84 |
| Estimated Lender Loss Amount | 561,812.84 |
| Estimated Other Loss Amount | 0.00 |
| Total Estimated Loss Amount | 561,812.84 |
| Actual Loss Amount | 0.00 |
| Actual Lender Loss Amount | 0.00 |
| Actual Other Loss Amount | 0.00 |
| Total Actual Loss Amount | 0.00 |
| Created By | JLHuang82 |
| Created Date | 11/15/2023 05:49 PM |

| | |
|---|---|
| Updated By | JLHuang82 |
| Updated Date | 09/27/2024 05:10 PM |