# Exhibit F

# NCRCC Meeting 07.08.23

EXHIBIT

# NCRCC Meeting
# July 8, 2023

**Meeting opened at 10:00 a.m.**

**Erick Murphy presiding**

**Committe Reports**

**Eric –**

**Gala was great**

**PVRW – Stephanie Hashimura**

**Next meeting – July 10, 2023 @ 6pm**
**Stephanie Phillips will speak**
**PVRW event is being planned for September**
**PVRW also is raffling a quilt – tickets are $5**

**Joe Burdzinski discussed the 4th of July Parade float the NCRCC hosted**

**Officer Reports**

**Eric –**

**Busy month**
**May have a spaghetti dinner in September**
**Opening for Events and Credentials chairs**

**Bob –**

**Working on a committee to buildup Precincts**

**Neal –**

**Nothing to report**

**Troy –**

**Gave May and June reports**

**May:**

| | | |
|---|---|---|
| **Beginning Balance:** | | **$ 4,177.86** |
| **Income:** | | **1,494.70** |
| | **Gala** | **5,555.96** |
| **Expenditures:** | | **7,486.09** |
| **Ending Balance:** | | **8,125.43** |

**June:**

| | |
|---|---|
| **Beginning Balance:** | **8,125.43** |
| **Income:** | **427.47** |
| **Expenditures:** | **2,828.46** |
| **Ending Balance:** | **5,583.56** |

**Troy then fielded many questions on his report with requests to adjust it to give more information**

**Treasurer's Report approved**

**Prelim Credential Report**

**Total Membership - 113**
**Members Present - 40**
**Honorary Members – 0**
**Guest Present - 16**
**2 Guests eligible for membership**
**Michael Sours**
**Dwight Lily**
**Voted in as new members**

**Final Credentials Report**

**Total Membership – 115**
**Members Present – 42**
**Honorary Members - 0**
**Guests Present – 14**

**Final Credential Report approved**
**Agenda approved**

**May Minutes Approved**

**Unfinished Business**

**None**

**New Business**

**Troy motioned that the NCRCC censure Sigal Chattah for bringing a law suite against the Nevada Governor over Senate Bill 406. (Motion is attached) Motion was seconded by John Shoewalter.**
**An Amendment was brought forward to remove the paragraph stating; "I further move the Chairman of the party and members of the Central Committee be admonished for just standing by and letting her (Chattah) get away with it without protest."**
**Amendment was approved**

**The motion stands as: "I move that the NCRCC censure Nevada Republican National Committeewoman Sigal Chattah for suing Governor Joe Lombardo over his signing Senate Bill 406"**

**Mark Kampf made a motion to table that motion until Mrs Chattah could be made aware of this motion and see if she wants to address the issue of this censure.**
**Motion was approved**

**Robert Thomas (RT) mad a motion that the treasurer's report follow all generally accepted principles of accounting. Motion seconded.**

**Motion was then made by John Shoewalter to table that motion until an understanding of what are "generally accepted principles".**
**Motion to table was voted down**
**Main motion was voted down**

**Vince made a motion that the Secretary contact Mrs Chattah concerning the motion of censure stated before.**

**Elected Official's Reports**

**Chelsy Fischer – School Board – next meeting will be July 20th at 5:30**

**Mark Kampf – NC Clerk – bills to "handle" election counting was vetoed by the Governor**

**Frank Carbone – BOCC – moratorium on solar farms**

**Bruce Jabbour – over 100 applications received by the county for solar, lithium, and oil – mostly in the north**

**Announcements**

**Meeting Adjourned**

**Minutes Respectfully Submitted**
**Neal Owen**
**Secretary NCRCC**