# Exhibit G

# NCRCC Minutes 08.13.22

EXHIBIT

# NCRCC Minutes
# August 13, 2022

Bill Carnes presided

Meeting called to order at 10:02

Joe Burdzinski presented the Saturday Pro-Trump Rally report

Elected Official's Updates
Frank Carbone
Leo Bluno
Mark Kampf
John Bosta – Amargosa
Judge Lane

Credentials
Preliminary:
- 105 Members Total
- 49 Members Present
- 0 Honorary
- 10 Guests
  - 2 eligible for membership
    - Rose Coibion Precinct 22
    - Vanessa Cope 19
- All voted in as members

Final Credentials:
- 107 Total Members
- 51 Members Present
- 8 Guests

0 Honorary

Final Credentials approved

Karen Williams reported that she is stepping down as Credential Chair – she is moving to Michigan

Agenda was motioned to accept,

Discussion – Resolution concerning the removal of a member will be tabled until next month

Motion to amend the agenda was made and approved

Amended Agenda was accepted

July minutes were motioned to approve and accepted

Officers Reports

Bill Carns

Possible Bike Run fundraiser in September

Kay La Point

A meeting with Precinct Captains and any other members who want to attend, will be held on August 17th @ 6pm

Neal Owen

Since Karen is stepping down, NCRCC needs a new Credential's Chair. If anybody would like to step up, please see Neal

Doug Knowles – Treasurer

Started with $15,994.37

Income - $866.79

Expenses - $1668.78

Ending balance - $15,192.38
Motioned to accept
Motion accepted

Professional Fundraiser will need a checking account to deposit and withdraw monies
Motion was made by Sam Jones to open an account with $1,000 in the account which will be returned to the NCRCC as money is placed into the account from raising new funds
Motion seconded by Troy Lamana
Motion approved

Doug Knowles spoke out and said, 'I resign'; later he withdrew his statement not allowing action from the board

A motion was made by John Shewalter to accept a Resolution of Censure against certain individuals who have not been acting as responsible Republicans – Copy attached
Second by Leo Blundo
Motion to accept passed
Resolution is posted in the office as R81322-01

New Business –

Motion was made by John Shewalter to disallow Tina Trenner from attending or being apart of the NCRCC meetings
Second by Troy
Motion approved

Old Business – None

Announcements –
Nathan Gent – signs were stolen/destroyed – please watch out
Leo Blundo – Tuesday Board Meeting
John Shewalter – Library Meeting

50/50 - $55 went to Dave Ochenreider

Meeting adjourned

Respectfully Submitted,
Neal Owen
Secretary