# Exhibit H

# August 2023 Call To Meeting

EXHIBIT

SHARE:

Join Our Email List

NYE COUNTY
REPUBLICAN
CENTRAL COMMITTEE
NYE COUNTY, NEVADA

## Amendment

The Monthly NCRCC Meeting will be called to order at 10 am – Saturday, August 12, 2023 at our Pahrump office

June Meeting was cancelled

**AGENDA**

**10 am - Call to Order**

**Invocation / Pledge**

**Guests Speakers**

**Committee Reports**

**Credential Report (preliminary & final)**

**Approval of Agenda**

**Approval of July Minutes**
**Minutes**

**Officer reports:**
**Chairman - Eric Murphy**
**Vice Chair - Bob Barlics**
**Secretary- Neal Owen**
**Sigal Chattah Response**
**Treasurer- Troy LaMana**

**Approval of Treasurer's Report**
**Treasurer's Report**

**New Business**
Treasurer Issues

Position Vacancy (Executive Committee)

**Unfinished (old) Business**

**Elected official updates**

**Announcements**

**50/50 drawing**

**Adjournment**

**DOORS OPEN AT 9 am FOR COFFEE AND TREATS !!**

Click here for our website
775-727-2500

Excused Absences: contact via email https://secretary@nyegop.org

Contributions will be collected at this meeting. All contributions go to the Nye County Republican Central Committee - General Fund. Please consider donating monthly to help with our continuing expenses. Political contributions are not tax-deductible.

NCRCC | 4760 S. Pahrump Valley Blvd, Suite 9 & 10, Pahrump, NV 89048

Unsubscribe chairman@nyegop.org

Update Profile | Constant Contact Data Notice

Sent by https://secretary@nyegop.org powered by

Try email marketing for free today!