# Exhibit I

# Sigal Chattah Response

EXHIBIT

## From: Sigal Chattah, RNC National Committeewoman

Hello Friend,

I hope you are having a wonderful start to your summer. You may have heard news about **a lawsuit I filed challenging the constitutionality of recently-passed SB406**, which I filed in my capacity as a private attorney, representing private plaintiffs. I wanted to make sure **you were equipped with the facts** and aren't relying on baseless narratives about what this lawsuit actually is. We know how the fake news and establishment trash love to perpetuate chaos among us.

The NVGOP and the RNC are proud to be the champions for fair and transparent elections, and **ensuring our poll watchers are not discriminated against or wrongfully prosecuted**, which is my goal with this lawsuit. We are seeing a two-tiered justice system where law enforcement agencies across our Nation are relentlessly prosecuting conservative values while refusing any type of like-kind actions by the Left.

Although I filed this lawsuit in my private capacity as an attorney representing private Plaintiffs, **SB406** is a bill opposed by the NVGOP during the session, as the language was vague, overbroad, and allows election officials to exclude poll watchers on the basis of nebulous 'intimidation'.

In 2022, I went to the polls with a friend who wore a red MAGA hat. Poll workers tried to make her remove it - except that as President Trump was not on the ballot, it was protected First Amendment speech and couldn't be deemed "electioneering". She pushed back and was allowed to keep it on.

However, with the passage of SB406, those same poll workers could claim her dissent as intimidation, and this individual expressing her protected free speech could now, under SB406, be subjected to indictment of a Class E felony for 'intimidation' by wearing Republican affiliated gear.

This is absolutely wrong; and this type of government where there is one rule for the government and a different rule for private citizens, is something **I will always fight against.** I hope you will too.