# Exhibit J

# Blundo Target Letter

EXHIBIT

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Nevada*

*Sigal Chattah*
*United States Attorney*

*501 Las Vegas Boulevard South*
*Suite 1100*
*Las Vegas, Nevada 89101*

*Phone (702) 388-6336*
*Fax (702) 388-6418*

May 19, 2025

Leonardo Blundo
[redacted]
Pahrump, NV 89048

Dear Mr. Blundo:

Based on an investigation being conducted by the Federal Bureau of Investigation, it appears that you have engaged in conduct that violates federal criminal laws, including 18 U.S.C. § 1343, *Wire Fraud*, 18 U.S.C. § 1344, *Bank Fraud*, 18 U.S.C. § 1957, *Money Laundering*, and 15 U.S.C. § 645, *False Statements to Small Business Association*.

If you are interested in resolving this matter short of a Federal Indictment, please have your attorney contact me by phone (702.388.6378) or email (justin.washburne@usdoj.gov). If your attorney does not contact me by **June 2, 2025**, this matter will proceed in the ordinary course of prosecution.

SIGAL CHATTAH
United States Attorney

Justin Washburne

JUSTIN WASHBURNE
Assistant United States Attorney