# Exhibit K

# Melissa Blundo Declaration

EXHIBIT

**Declaration of Melissa Blundo**

I, Melissa Blundo, hereby declare:

1. I am the ex-wife of Leo Blundo. We were married on October 25, 2019, and we were divorced on March 21, 2024. I have lived in Pahrump, in Nye County, Nevada during the entirety of our marriage.

2. While living in Pahrump, I have been actively involved in Nevada politics, including in Nye County and statewide. I am a longtime member of the Nye County Republican Party. I have attended countless meetings of—and been present for countless votes by—various party organizations, including the Nye County Republican Party.

3. In 2022 and 2023, members of the Nye County Republican Party considered censuring then-Republican Party National Committeewoman Sigal Chattah for, among other misuses of power, suing Nevada Governor Joe Lombardo after he signed SB 406 into law. That bill protected election workers in various ways, including against harassment, and limited electioneering near polling places. Sigal had sued Governor Lombardo to stop the law, specifically seeking to allow poll watchers to wear MAGA hats and other political gear. Some in the Nye County Republican Party thought the lawsuit was inappropriate and made their voices heard. Others wanted to stop any proposed censure without debate or vote. Leo supported debate on the subject.

4. Specifically, in 2023, Nye County Republican Party Treasurer Troy LaMana proposed a censure resolution to "censure Nevada Republican National Committeewoman Sigal Chattah for suing Governor Joe Lombardo over his signing Senate Bill 406" and to "admonish[]" "the Chairman of the party and members of the Central Committee" "for just standing by and letting her (Chattah) get away with it without protest." The motion was seconded by John

Shoewalter. The proposed resolution was later amended to remove the second part (the admonishment), but the censure portion of the resolution remained.

5. Leo supported discussion of that censure resolution and likewise supported the membership being allowed to vote on the resolution.

6. Other members of the Nye County Republican Party—political allies of Sigal Chattah—moved to table the resolution until the next meeting. That tabling was successful.

7. Sigal Chattah came to the next meeting, which I also attended. At that meeting, Sigal Chattah spoke in her own defense. She also submitted a statement criticizing what she called "baseless narratives" from "the fake news and establishment trash" about her lawsuit against Governor Lombardo. Ultimately, the proposed censure resolution failed at the meeting.

8. After the meeting ended, I approached Sigal Chattah to explain that I believed that Leo's intent was not to support the resolution itself but to support free speech of the resolution. She made numerous comments to me about Leo, including:

- that Leo is an "asshole" that Sigal "cannot stand";
- that Leo is "pompous" and "thinks he is better than everyone else";
- that Leo "does not know what he is doing"; and
- that Leo "better watch out" because "he does not know who he is fucking with."

9. Given the context of the censure resolution, I understood Sigal's comments to be related to Leo's decision not to kill the resolution and instead allow it to be discussed and voted on. Especially given Sigal's tone and demeanor, I took her comments as threats against Leo.

10. Sigal's expressed animosity towards Leo has continued since then. For instance, after Leo was in the news some months later (and while Leo and I were still married), Sigal personally called me and insisted that Leo is a "bad person"; that he is an "asshole"; and that I should leave him.

I declare under penalty of perjury under the laws of the State of Nevada and the United States that the foregoing is true and correct and was executed on July 13, 2026.

Melissa Blundo

Melissa Blundo