# Exhibit L

# Troy La Mana Declaration and Exhibit

EXHIBIT

**Declaration of Troy La Mana**

I, Troy La Mana, hereby declare:

1. I am a longtime resident of Pahrump, in Nye County, Nevada.

2. I have long been involved in Nevada politics, including in Nye County and statewide. I am a member of the Nye County Republican Party, and have at various points served as Treasurer of the party. I have attended countless meetings of—and been present for countless votes by—various party organizations, including the Nye County Republican Party. Through my work in the Republican Party, I am aware of various state- and national issues in the Republican Party. I know Leo Blundo through his membership and work in the Nye County Republican Party.

3. In 2022 and 2023, I was the Treasurer of the Nye County Republican Party.

4. In summer 2023, I introduced a censure resolution to "censure Nevada Republican National Committeewoman Sigal Chattah for suing Governor Joe Lombardo over his signing Senate Bill 406" and to "admonish[]" "the Chairman of the party and members of the Central Committee" "for just standing by and letting her (Chattah) get away with it without protest." The proposed resolution identified that "Sigal's lawsuit is an affront to every single Republican who supported and voted for this bill." It likewise encouraged individuals to file "their own personal protest[s]" with the Republican National Committee Chairwoman (then Ronna McDaniel) and to "directly" protest Sigal with the state party. The proposed resolution and motion is attached as Exhibit A to this declaration.

5. The motion was seconded by John Shoewalter at the July 8, 2023, meeting of the Nye County Republican Party. At that meeting, the proposed resolution was amended to remove

the admonishment as to the Central Committee, but the censure portion as to Sigal herself remained.

6. Other members of the committee—including Mark Kampf, Erik Murphy, and Bill Carns—expressed disapproval of the censure resolution at the July 8, 2023, meeting. Both on this issue and others, I understood Mark, Erik, and Bill to be opponents of Leo and supporters of Sigal.

7. At the July 8, 2023, meeting, Mark moved to table the censure resolution until the following meeting to allow Sigal to respond. That vote succeeded.

8. After the July 8, 2023, meeting, I was pressured by members to withdraw the proposed resolution. Those efforts suggested to me that Sigal was angry at the proposed resolution and its supporters. I did not withdraw it.

9. Sigal Chattah came to the next meeting of the Nye County Republican Party with Michael McDonald, the statewide party chair. In my years of involvement in Nye County Republican Party, this was the only time I ever saw Sigal attend a meeting of our party. That she brought the statewide party chair suggested to me that she was angry about the resolution and wanted a "show of force" to scare off those who supported the proposed resolution.

10. The proposed resolution ultimately failed at that second meeting.

11. After the second meeting, I attempted to talk with Sigal. She was extremely irritated, brusque, and dismissive to me. From her statements, tone, and demeanor, I understood that she took the censure resolution personally, and was extremely angry that the Nye County Republican Party would even entertain the proposal. Especially given her decision to bring Michael McDonald to the meeting, I suspected she and her allies might attempt to retaliate against me for my involvement in the censure resolution.

12. The censure resolution produced immediate and long-term fallout. After the second party meeting, supporters of Sigal on the Nye County Republican Party moved to remove me as Treasurer of the party. Ultimately, after my character was repeatedly insulted by those individuals, I resigned from the position. I understood those efforts to be related to my support of the censure resolution.

I declare under penalty of perjury under the laws of the State of Nevada and the United States that the foregoing is true and correct and was executed on July 13, 2026.

Troy La Mana

# Exhibit A

# La Mana Decl

EXHIBIT

**I move that the Nye County Republican Central Committee censure Nevada Republican National Committeewoman Sigal Chattah for suing Governor Joe Lombardo over his signing Senate Bill 406.**

**I further move the Chairman of the party and members of the Central Committee be admonished for just standing by and letting her get away with it without protest.**

This bill "makes it a crime, punishable as a category E felony, for any person to use or threaten or attempt to use any force, intimidation, coercion, violence, restraint or undue influence with the intent to interfere with the performance of the duties of any elections official relating to an election…"

This bill was passed unanimously, 42-0, in the State Assembly and unanimously, 21-0, in the State Senate.

Sigal's lawsuit is an affront to every single Republican who supported and voted for this bill.

Chattah, as the lawyer filing the suit, seeks "an award of attorneys' fees." If the suit actually has any merit, she stands to make quite a lot of money while claiming that this is not personal.

If the body wishes to file their own personal protest, because the state party refuses to do so, please see the information below:

**CONTACT INFORMATION:**
Republican National Committee Chairwoman Ronna McDaniel

Phone: (202) 863-8500

Email: Ronna.McDaniel@gop.com

Twitter: @GOPChairwoman

**To protest Chattah directly:**
Phone: (702) 586-2000

Email: info@nevadagop.org

Twitter: @NVGOP