**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

LEONARDO F. BLUNDO,

Defendant.

Case No. 2:26-cr-34-JAD-EJY

**~~[PROPOSED]~~ ORDER**

Based on the parties' stipulation to extend the government's deadline to respond to defendant's motions to dismiss filed at ECF 17 and 18, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that the government's deadline for its responses to those motions is extended to September 22, 2026.

**DATED:** September 2, 2026

HON. ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE