RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
SEAN A. MCCLELLAND
Assistant Federal Public Defender
Nevada State Bar No. 16581
200 S. Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451/Tel.
(702) 388-6261/Fax
Sean_McClelland@fd.org

Attorney for LEONARDO F. BLUNDO

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

LEONARDO F. BLUNDO,

Defendant.

Case No. 2:26-cr-00034-JAD-EJY

**STIPULATION TO EXTEND TIME TO FILE REPLY**

(First Request)

IT IS HEREBY STIPULATED AND AGREED, by and between Federal Public Defender Rene L. Valladares, Assistant Federal Public Defender SEAN A. MCCLELLAND, counsel for LEONARDO F. BLUNDO, Attorney General Todd Blanche, and Assistant United States Attorney RICHARD ANTHONY LOPEZ, counsel for the United States of America, to extend the time in which the Defendant's Reply to Response to the Defendant's Motion to Dismiss [ECF #17 & 18] from October 6, 2026 to October 13, 2026. This is the first request for an extension for time to file reply.

The additional time requested for the filing the reply is requested mindful of the current trial date of November 17, 2026, the exercise of due diligence, in the interests of justice, and not for any purpose of delay.

DATED this 2nd day of October, 2026.

RENE L. VALLADARES
Federal Public Defender

By */s/ Sean A. McClelland*
SEAN A. MCCLELLAND
Assistant Federal Public Defender
Counsel for LEONARDO F. BLUNDO

TODD BLANCHE
Attorney General

By:*/s/Richard Anthony Lopez*
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
Counsel for the Government

**IT IS SO ORDERED.**

**DATED** this 3rd day of October, 2026.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE