UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

UNITED STATES OF AMERICA,

Plaintiff,

v.

LEONARDO F. BLUNDO,

Defendant.

Case No. 2:26-cr-00034-JAD-EJY

**ORDER TO SHOW CAUSE**

Before the Court are Leonardo Blundo's Motions to Dismiss for (1) Vindictive and Selective Prosecution or, Alternatively, for Discovery, and (2) Outrageous Government Conduct or, Alternatively, for Discovery. ECF Nos. 17 and 18. The United States of America (the "Government") responded to in a consolidated opposition. ECF No. 27. Mr. Blundo (hereinafter "Defendant") filed two replies. ECF Nos. 32 and 33.

The Government's response repeatedly uses the first person when discussing facts offered in opposition to certain material assertions made by Defendant. However, the Government does not support these assertions with a declaration. *See*, without limitation, ECF No. 27 at 6, 6 n.10, 7, 9, 17. Thus, even if the Court accepts the use of the first person as appropriate, the lack of a declaration leaves the problem that argument offered in motion practice is not evidence. *Comstock v. Humphries*, 786 F.3d 701, 709 (9th Cir. 2015) (after noting that Nevada's "brief in opposition to … [a] new trial" failed to "submit any declarations or other evidence" to contradict the victim's account of events, the court held "arguments in briefs are not evidence," and the State agreed the court "need not consider any unsupported factual contentions in its new trial opposition brief"); *Pimentel v. City of Los Angeles*, 115 F.4th 1062, 1072 (9th Cir. 2024) ("The City's assertions in its briefing are not evidence and do not support the substantial deference it seeks ….").

IT IS HEREBY ORDERED that the Government is to show cause in writing, no later than **November 6, 2026**, why the Court should not disregard facts offered in its opposition to Defendants' Motion to Dismiss in which representations are made in the first person unsupported by a declaration.

In the alternative, the Government may show cause why it should not be allowed to file a corrected image of its response (ECF No. 27). A corrected image, if filed, must be attached as an exhibit to the show cause response. The corrected image is to make **no changes** to the response other than to remedy the failure to support the first person assertions with a declaration and citations to the same. To be clear, **no additions of any kind** other than the declaration and citations to the same are permitted if a corrected image is filed.

The Court understands this will be a belated filing. However, in an exercise of the broad discretion granted to the district courts, and the overall policy of deciding matters on their merits, the Court finds the opportunity to file a corrected image is appropriate.

Dated this 29th day of October 2026.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE